contains all matters in the pending cause deemed material for consideration of the local law question. RCW 2.60.010(4).

Pursuant to Washington Rules App.Proc. 16.16(e)(1), we will designate appellant State of Washington as the party to file the first brief in the Washington Supreme Court.

Since the Supreme Court of Washington will be presented with a certified question of local law in this action, the court issues the following order:

1. This appeal is withdrawn from submission, and will be resubmitted following receipt of the Washington Supreme Court's opinion on the certified question in this case.

2. The parties shall file status reports with this court every two (2) months from the date of the entry of this order informing this court of the status of the proceedings in the Washington Supreme Court concerning the certified question in this case.

Before BROWNING, Chief Judge, WRIGHT, CHOY, GOODWIN, WALLACE, SNEED, KENNEDY, ANDERSON, HUG, TANG, SKOPIL, SCHROEDER, FLETCHER, FARRIS, PREGERSON, ALARCON, POOLE, FERGUSON, NELSON, CANBY, BOOCHEVER, NORRIS, and REINHARDT, Circuit Judges.

### ORDER FOR PUBLICATION

Upon the vote of a majority of the regular active judges of this court, it is ordered that this case be reheard by an en banc panel of the court pursuant to Rule 25 of the Rules of the United States Court of Appeals for the Ninth Circuit. The previous three-judge panel assignment is withdrawn.

### UNITED STATES of America, Plaintiff-Appellee,

v.

### Hilda Escobar DeBRIGHT, Defendant-Appellant.

### No. 81-1648.

United States Court of Appeals, Ninth Circuit.

Sept. 2, 1983.

Robert L. Murray, Tucson, Ariz., for defendant-appellant.

Jon R. Cooper, Asst. U.S. Atty., Tucson, Ariz., for plaintiff-appellee.

### John BEACHAM, Plaintiff-Appellee,

v.

### LEE–NORSE and Ingersoll-Rand; and Does I through V, Inclusive, Defendants-Appellants.

### No. 81-1920.

United States Court of Appeals, Tenth Circuit.

July 14, 1983.

Rehearing Denied Aug. 26, 1983.

